UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pheakdey Chan Chak,

        Plaintiff,

v.                                        Civil No. 17-1548 (JNE/LIB)
                                         **ORDER**

Jeff Sessions, et al.,

        Defendant.

---

This matter is before the Court on a Report and Recommendation issued by the Honorable Leo I. Brisbois, United States Magistrate Judge, on September 18, 2017. No objections have been filed. The Report and Recommendation was not mailed to the Defendant because he is no longer in the United States and no forwarding address is known.

The Court has conducted an independent review of the files, records, and proceedings in the above-entitled matter. Based on that review, the Court adopts the Recommendation.

Therefore, IT IS ORDERED THAT:

1. The Petition for a Writ of Habeas Corpus [ECF No. 1] is DENIED as moot.

2. The present action is DISMISSED WITHOUT PREJUDICE.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 15, 2017

                                                            **s/ Joan N. Ericksen**
                                                            JOAN N. ERICKSEN
                                                            United States District Judge